UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAILAN CORIDON MESERVE,<br><br>    Petitioner,<br><br>    v.<br><br>PATRICK COVELLO,<br><br>    Respondent. | Case No. 25-cv-02313-JD<br><br>**ORDER RE DISMISSAL** |

Pro se petitioner, a state prisoner, filed a habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee or filed a complete application to proceed IFP. The case is dismissed without prejudice. A certificate of appealability is denied.

**IT IS SO ORDERED.**

Dated: May 27, 2025

JAMES DONATO
United States District Judge